UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Troy M. Henry,                                                                          CIVIL NO. 11-3136 (SRN/TNL)

      Plaintiff,

v.                                                                                                            ORDER

The State of Minnesota, and
Washington County,

      Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated November 8, 2011. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 30, 2011

                                              s/Susan Richard Nelson
                                              SUSAN RICHARD NELSON
                                              United States District Judge